**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Feji Cherian                                           CHAPTER 13

                               Debtor(s)

                                                              BKY. NO. 22-10032 AMC


**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION
and index same on the master mailing list.


                                              Respectfully submitted,


                              /s/Rebecca Solarz

                                    Rebecca Solarz
                                    22 Apr 2022, 15:13:33, EDT


                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: 99bbe0a9fe9a73f5267e96093c65fcd4f3a20157743ae0dda9ffef8b88d64ec6