**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 22-10032 |
| Feji Cherian | Chapter 13 |
| Debtor(s) | |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 4/4/2022, I did cause a copy of the following document(s), described below:

SECOND AMENDED PLAN

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/4/2022

/s/ Richard N Lipow
Richard N Lipow
Bar No. 32399
Lipow Law Office
629 Swedesford Road
Swedesford Corporate Center
Malvern PA 19355-0000
610-251-2500
richard@lipowlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

Feji Cherian

Debtor(s)

Case No. 22-10032

Chapter 13

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 4/4/2022, I did cause a copy of the following document(s), described below:

SECOND AMENDED PLAN

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/4/2022

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 4/4/2022, I caused a copy of the SECOND AMENDED PLAN to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

## EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Amex | BECKET AND LEE LLP | PO BOX 3001 | | | Malvern PA 19355-0701 |
| KEYSTONE COLLECTION GROUP | PO BOX 499 | | | | Irwin PA 15642-0000 |
| PCA ACQUISITIONS V LLC | PHILLIPS COHEN ASSOCIATES | 1102 JUSTISON ST | | | Wilmington DE 19801-0000 |
| Pnc Mortgage | Attn: Bankruptcy | Po Box 94982 | | | Cleveland OH 44101-0000 |
| Prudential Bank | MICHAEL D VAGNONI ESQUIRE | 1500 MARKET ST, STE 3400 WEST | | | Philadelphia PA 19145-0000 |
| RESURGENE CAPITAL SERVICES | PO BOX 10587 | | | | Greenville SC 29603-0587 |
| Synchrony/PayPal Credit | C/O MIDLAND CREDIT MANAGEMENT INC | Po Box 2037 | | | Warren MI 48090-0000 |