# In the United States Bankruptcy Court for the Eastern District of Pennsylvania

In re: Feji Cherian
    *Debtor*

Bankruptcy No. 22-10032  Chapter 13

PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor has filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing

Dated: October 10, 2022          Respectfully,

                                        /s/ Richard N Lipow

                                        Richard N Lipow
                                        Attorney for Debtor
`                                      43 Stonehedge Dr
                                        Glenmoore PA 19343
                                        richard@lipowlaw.com 610-251-2500

RICHARD N LIPOW.
ATTORNEY AT LAW
43 STONEHEDGE DR
GLENMOORE PA 19343
(610) 251-2500
richard@lipowlaw..com