United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10032-amc |
| Feji Cherian | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 15, 2022 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Feji Cherian, 4 Madison Way, Downingtown, PA 19335-5329 |
| 14660132 | | APOTHAKER SCIAN PC, 520 FELLOWSHIP RD, STE C306, PO BOX 5496, Mount Laurel, NJ 08054-5496 |
| 14677566 | + | KEYSTONE COLLECTION GROUP, 546 WENDELL RD, IRWIN PA 15642-7539 |
| 14677569 | + | KEYSTONE COLLECTION GROUP, PO BOX 499, IRWIN PA 15642-0499 |
| 14660134 | + | PCA ACAUISITIONS V LLC, 9891 IRVINE CENTER DR, Irvine, CA 92618-4317 |
| 14664816 | + | Prudential Bank, c/o Michael D. Vagnoni Esq, OBERMAYER REBMANN MAXWELL & HIPPEL LLP, Centre Square West, Suite 3400, 1500 Market Street Philadelphia, PA 19102-2100 |
| 14660137 | + | Prudential Bank, 1834 W Oregon Ave, Philadelphia, PA 19145-4725 |
| 14660143 | | Vistana Portfolio Services, Inc., PO BOX 204491, Dallas, TX 75320-4491 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14666832 | | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 00:12:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14660130 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 00:12:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14660131 | + | Email/PDF: bncnotices@becket-lee.com | Nov 16 2022 00:12:26 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14666766 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2022 00:12:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14666210 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 16 2022 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14662705 | | Email/Text: inveniobkt@phillips-cohen.com | Nov 16 2022 00:04:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 14664612 | | Email/Text: inveniobkt@phillips-cohen.com | Nov 16 2022 00:04:00 | PCA Acquisitions V, LLC, c/o Phillips & Cohen, Assoc., Ltd, 1002 Justison Street, Wilmington DE 19801 |
| 14676787 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2022 00:04:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14660135 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2022 00:04:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14660136 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 16 2022 00:04:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14685868 | ^ | MEBN | Nov 16 2022 00:02:40 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14660254 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| 14660138 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14660139 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:26 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14660141 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:26 | Synchrony/PayPal Credit, Po Box 965005, Orlando, FL 32896-5005 |
| 14660140 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 16 2022 00:12:26 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14660142 | + | Email/Text: documentfiling@lciinc.com | Nov 16 2022 00:04:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14660144 | + | Email/Text: Bankruptcy@wsfsbank.com | Nov 16 2022 00:04:00 | Wilmington Sav Fund So, 838 N Market, Wilmington, DE 19801-3154 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14660133 | | KEYSTONE COLLECTION GROUP, 546 WENDELL ROAD, PA 15694-2000 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2022                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. VAGNONI | on behalf of Creditor Prudential Bank michael.vagnoni@obermayer.com Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com |
| RICHARD N. LIPOW | on behalf of Debtor Feji Cherian richard@lipowlaw.com ecflipow@gmail.com;r44824@notify.bestcase.com;lipow.richardn.b109921@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Nov 15, 2022     Form ID: 155     Total Noticed: 26
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Feji Cherian
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10032−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this November 15, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Ashely M. Chan
                                              Judge ,
                                              United States Bankruptcy Court

                                                                  52 − 9
                                                         Form 155