Certificate Number: 03088-PAE-DE-039194427

Bankruptcy Case Number: 22-10032


03088-PAE-DE-039194427

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2024, at 9:30 o'clock AM CST, Feji Cherian completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 30, 2024               By:    /s/Lorenza Garcia for Doug Tonne

                                       Name:  Doug Tonne

                                       Title: Counselor