IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re Feji Cherian                                    Case: 22-10032-amc
                                                      Chapter 13

WITHDRAWAL OF APPEARANCE

TO THE COURT:

Kindly withdraw my appearance in the above-entitled case for the above noted debtor.

Respectfully,

/s/ Richard N Lipow
RICHARD N LIPOW
ATTORNEY FOR THE
PLAINTIFF
43 STONEHEDGE DR
GLENMOORE PA 19343
610-251-2500

**ENTRY OF APPEARANCE**

**TO THE COURT:**

Kindly enter my appearance in the above-entitled case for the above noted debtor.

Respectfully,

/s/ Robert J. Lohr, II
ROBERT J. LOHR II
LOHR & ASSOCIATES, LTD.
1246 WEST CHESTER PIKE
SUITE 312
WEST CHESTER, PA 19382
(610) 701-0222 – TELEPHONE
(610) 431-2792 – FACSIMILE

Dated: April 7, 2026